

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Zakosky,<br><br>Plaintiff,<br>V.<br><br>Department of Veterans Affairs,<br><br>Defendant. | Civil Action No. 17-cv-01373-JAH-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's amended complaint is dismissed with prejudice for failure to state a claim since any allegation of additional facts would not cure the deficiencies.  Plaintiff is not permitted leave to amend the complaint since the Court's previous order informed the party that he had one final opportunity to amend the complaint. Plaintiff had a fair opportunity to remedy the deficiencies, and the failure to do so on three separate occasions leads the Court to presume that no further amendments could cure the deficiencies. Plaintiff's request for appointment of counsel is denied as moot.

**Date:**  7/2/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris

T. Ferris, Deputy